```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


MAIL BOXES ETC.,
                                        NO. 1:06-cv-00126 OWW LJO
            Plaintiff,
vs.                                     ORDER DISMISSING ACTION

DALE MARTINEZ, et al.,

            Defendant.
_____/

   Pursuant to the notice of voluntary dismissal filed by

the plaintiff in this matter, and no answer or motion for

summary judgment having been filed;

   THIS ACTION IS ORDERED DISMISSED WITHOUT PREJUDICE.
```
IT IS SO ORDERED.

**Emm0d6Dated:    March 17, 2006              /s/ Oliver W. Wanger            **
                                       UNITED STATES DISTRICT JUDGE